Certificate Number: 03621-FLS-CC-033976605



03621-FLS-CC-033976605

# CERTIFICATE OF COUNSELING

I CERTIFY that on January 20, 2020, at 5:10 o'clock PM EST, Marc-Aurel Genece received from Credit Card Management Services, Inc. d/b/a Debthelper.com, an agency approved pursuant to 11 U.S.C. 111 to provide credit counseling in the Southern District of Florida, an individual [or group] briefing that complied with the provisions of 11 U.S.C. 109(h) and 111.

A debt repayment plan was not prepared. If a debt repayment plan was prepared, a copy of the debt repayment plan is attached to this certificate.

This counseling session was conducted by internet.

Date:   January 20, 2020              By:    /s/Wafaa Elmaaroufi

                                      Name:  Wafaa Elmaaroufi

                                      Title: Credit Counselor

* Individuals who wish to file a bankruptcy case under title 11 of the United States Bankruptcy Code are required to file with the United States Bankruptcy Court a completed certificate of counseling from the nonprofit budget and credit counseling agency that provided the individual the counseling services and a copy of the debt repayment plan, if any, developed through the credit counseling agency. *See* 11 U.S.C. 109(h) and 521(b).