```
                         United States Bankruptcy Court
                          Southern District of Florida

In re:                                                    Case No. 20-13104-PGH
Marc-Aurel Genece                                         Chapter 13
         Debtor              CERTIFICATE OF NOTICE

District/off: 113C-0          User: ramosm              Page 1 of 1            Date Rcvd: Mar 06, 2020
                              Form ID: CGFI3            Total Noticed: 18


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 08, 2020.
db             +Marc-Aurel Genece,    5170 SW 19 St,    Plantation, FL 33317-6007
95608627       +Amex,   Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
95608629       +Citibank,   Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
                 St Louis, MO 63179-0034
95608630       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
95608631       +Genesis FS Card/Kay Jewelers,    Attn: Bankruptcy,    PO Box 4477,    Beaverton, OR 97076-4401
95608635       +Orthopedic Center of S FL, PA,    600 S Pine Island Rd # 300,    Plantation, FL 33324-3179
95608636       +Quicksilver Capital, LLC,    181 South Franklin Avenue,    Valley Stream, NY 11581-1101
95608637       +Servicemaster/terminix,    Attn: Bankruptcy,    150 Peabody Place,    Memphis, TN 38103-3720
95608639       +Suntrust Bank,    Attn: Bankruptcy,    PO Box 85092 MC VA-WMRK-7952,    Richmond, VA 23285-5092
95608640       +Sysco South Florida, Inc.,    c/o HIDAY & RICKE, PA,    Melissa Comras, Esq.,    PO Box 550858,
                 Jacksonville, FL 32255-0858
95608641       +USDOE/GLELSI,    Attn: Bankruptcy,    PO Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: swulfekuhle@broward.org Mar 07 2020 02:13:59      Broward County Tax Collector,
                 115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg             E-mail/Text: OGCBankruptcy@floridarevenue.com Mar 07 2020 02:13:51
                 Florida Department of Revenue,    POB 6668,    Bankruptcy Division,
                 Tallahassee, FL  32314-6668
95608626       +E-mail/Text: ally@ebn.phinsolutions.com Mar 07 2020 02:14:05      Ally Financial,
                 Attn: Bankruptcy,    PO Box 380901,    Bloomington, MN 55438-0901
95608628       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 07 2020 02:28:18      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
95608633       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 07 2020 02:16:36
                 IRS - Compliance Svs. Insolvency,    STOP 5790,    7850 SW 6 Ct,    Plantation, FL 33324-3202
95608634       +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Mar 07 2020 02:17:52      Kabbage,
                 925B Peachtreet Steet NE,    Ste. 1688,    Atlanta, GA 30309-3918
95608638       +E-mail/Text: clientservices@sourcerm.com Mar 07 2020 02:17:45      Source Receivables Mgmt, Llc,
                 Attn: Bankruptcy Dept,    4615 Dundas Dr., Suite 102,    Greensboro, NC 27407-1761
                                                                                              TOTAL: 7

               ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
95608632*         Internal Revenue Service,    POB 7346,    Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 08, 2020                                      Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 6, 2020 at the address(es) listed below:
              John D. Segaul    on behalf of Debtor Marc-Aurel  Genece john@segaul.com,
               court@segaulstoll.com;melissa@segaul.com;barbara@segaul.com
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                             TOTAL: 3
```

CGFI3 (6/30/17)

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

Case Number: 20−13104−PGH

Chapter: 13

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Marc−Aurel Genece
5170 SW 19 St
Plantation, FL 33317

SSN: xxx−xx−2300

## NOTICE OF FILING OF CHAPTER 13 CASE AND
## NOTICE TO DEBTOR OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES

**TO ALL PARTIES OF RECORD:**

**NOTICE OF FILING OF CHAPTER 13 CASE:** The above−named debtor filed a chapter 13 bankruptcy case on **March 5, 2020.** This notice is being provided to advise all parties of record of the filing of this case. Upon the filing of a plan by the debtor, the clerk's office will serve a notice on all creditors advising of the date for the meeting of creditors, the date of the confirmation hearing and any case deadlines that have been established. If you received this notice you may be a creditor in this case. The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtors, the debtors' property, and certain codebtors. For example, while the stay is in effect, creditors cannot sue, garnish wages, assert a deficiency, repossess property, or otherwise try to collect from the debtors. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees. Under certain circumstances, the stay may be limited to 30 days or not exist at all, although debtors can ask the court to extend or impose a stay.

Consult a lawyer to determine your rights in this case. The staff of the bankruptcy clerk's office cannot give legal advice.

To help creditors correctly identify debtors, debtors submit full Social Security or Individual Taxpayer Identification Numbers, which may appear on a version of this notice. However, the full numbers must not appear on any document filed with the court.

Do not file this notice with any proof of claim or other filing in the case. Do not include more than the last four digits of a Social Security or Individual Taxpayer Identification Number in any document, including attachments, that you file with the court.

**TO THE DEBTOR, Marc−Aurel Genece :**

**NOTICE OF DEADLINE(S) TO CORRECT FILING DEFICIENCIES: NOTICE IS HEREBY GIVEN TO THE DEBTOR(S)** that the above referenced case, which was filed on **March 5, 2020**, contains one or more filing deficiency(ies) which must be corrected. **Failure to correct a deficiency on or before the deadline posted below the listed deficiency may result in dismissal of this case without further notice.** Deficiencies in items listed below may include failure to file the document, failure to sign the document, or failure to file the document using the correct and/or current form that substantially conforms to an Official Bankruptcy Form. Links to all required Official Bankruptcy Forms and AO Director's national forms and to local rules, forms, instructions and guidelines are on the court website www.flsb.uscourts.gov.

**DEFICIENCY(IES) in your case:** You must correct the following deficiency(ies) by the date indicated below each deficiency.

**Chapter 13 Plan** (Local Form LF−31) was not filed with the petition.
**Deadline to correct deficiency: 3/19/20**

**Schedules of assets and liabilities.** The following schedules were not filed OR were not filed using the correct and/or current Official Bankruptcy Form.
**Deadline to correct deficiency: 3/19/20**

Official Bankruptcy Form 106, Summary of Your Assets and Liabilities and Certain Statistical Information

Official Bankruptcy Form 106A/B, Schedule A/B: Property

Official Bankruptcy Form 106C, Schedule C: The Property You Claim as Exempt

Official Bankruptcy Form 106D, Schedule D: Creditors Who Hold Claims Secured by Property

Official Bankruptcy Form 106E/F, Schedule E/F: Creditors Who Have Unsecured Claims

Official Bankruptcy Form 106G, Schedule G: Executory Contracts and Unexpired Leases

Official Bankruptcy Form 106H, Schedule H: Your Codebtors

Official Bankruptcy Form 106I, Schedule I: Your Income

Official Bankruptcy Form 106J, Schedule J: Your Expenses **and** (if applicable) Official Bankruptcy Form 106J2, Schedule J–2: Expenses for Separate Household of Debtor 2

**Declaration About an Individual Debtor's Schedules** (Official Bankruptcy Form 106) was not filed or was not signed.
**Deadline to correct deficiency: 3/19/20**

- ☑ Declaration not filed
- ☐ Declaration not signed
- ☐ Declaration must be filed with deficient schedules listed above

**Your Statement of Financial Affairs for Individuals Filing for Bankruptcy** (Official Form 107) was not filed or was not signed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 3/19/20**

- ☑ Statement not filed
- ☐ Statement not signed
- ☐ Statement incomplete

**Chapter 13 Statement of Your Current Monthly Income and Calculation of Commitment Period** (Official Bankruptcy Form 122C–1) was not filed. See Bankruptcy Rule 1007(b) and (c).
**Deadline to correct deficiency: 3/19/20**

**Copies of all payment advices or other evidence of payment received within 60 days before the filing of the petition as required by 11 U.S.C. §521(a)(1)(B)(iv)** for the **Debtor**. See Bankruptcy Rule 1007(b) and (c) and Local Rule 1007–1(E). Payment advices are deficient as indicated:  **Not filed**
**Deadline to correct deficiency: 3/19/20**

**Please also be advised** of the following local requirement when correcting any deficiency related to filing of petitions, schedules, statements or lists:

The Local Form "Debtor's Notice of Compliance with Requirements for Amending Creditor Information" (LF–04) and the Official Bankruptcy Form "Declaration About an Individual Debtor's Schedules" must accompany the filing of any paper submitted subsequent to the filing of the initial service matrix. [See Bankruptcy Rules 1007 and 1009, and Local Rules 1007–2(B) and 1009–1(D)]. If the paper you are filing to correct the deficiency requires you to amend your service matrix, please review the "Clerk's Instructions for Preparing, Submitting and Obtaining Service Matrices" for additional format, fee and other requirements.

**Dated:** <u>3/6/20</u>    **Clerk of Court**
By: <u>Madeline Ramos–White</u> , Deputy Clerk

The clerk shall serve a copy of this notice on all parties of record.