UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA

IN RE:

GENECE, MARC-AUREL
xxx-xx-2300

CASE NO: 20-13104-PGH

CHAPTER: 13

Debtor
_____/

## DECLARATION REGARDING PAYMENT ADVICES

**Debtor:**

__✓__ Copies of all payment advices, pay stubs or other evidence of payment received by the debtor from any employer within 60 days prior to the filing of the bankruptcy petition are attached. (Note: If you worked some, but not all of the 60 days prior, attach copies of any and all received and provide explanation that you did not work the full 60 days.
_____ )

_____ Copies of all payment advices **are not** attached because the debtor had no income from any employer during the 60 days prior to filing the bankruptcy petition.

_____ Copies of all payment advices **are not** attached because the debtor:
  __ receives disability payments
  __ is unemployed and does not receive unemployment compensation
  __ receives Social Security payments
  __ receives a pension
  __ does not work outside the home
  __ is self employed and does not receive payment advices

_____ None of the statements above apply, however, the debtor is unable to timely provide some or all copies of payment advices or other evidence of payment received
Explain:_____

*NOTE: When submitting copies of evidence of payment such as pay stubs or payment advices, it is your responsibility to redact (blackout) any social security numbers, names of minor children, dates of birth or financial account numbers before attaching for filing with the court.*

Debtor: Marc-Aurel Genece

Date: 3/11/2020

0

321 West Main Street, 06 WFP E
Louisville, KY 40202
Tel: 1-888-431-4748

# Humana

Marc Aurel Genece
5170 SW 19th St
Plantation, FL 33317

## Payroll Deposit Advice

Brought to you by the Customers of Humana

**This is not a Check**

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Marc Aurel Genece | ~~~~~~ | Humana Insurance Company | |
| PERIOD START | PERIOD END | PAYMENT DATE | VOUCHER NUMBER |
| 02/09/20 | 02/22/20 | 02/28/20 | 0 |
| BASE SALARY | FLSA STATUS | PTO | Volunteer | Short Term Disability | Personal Holiday |
| 52,530.00 | Non Exempt | 255.44 | 8.00 | 53.24 | 16.00 |
| TAX TYPE | FILING STATUS | | ALLOWANCES |
| Federal | Single or Married filing separately | | 0 |

### SUMMARY

| GROSS EARNINGS | | GROSS PAY | | PRE-TAX DEDUCTIONS | |
|---|---|---|---|---|---|
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 2,022.68 | 10,113.40 | 2,020.40 | 10,102.00 | 132.41 | 658.29 |
| TAX DEDUCTIONS | | OTHER DEDUCTIONS | | NET PAY | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 407.82 | 1,975.90 | 113.95 | 569.75 | 1,366.22 | 6,898.06 |

| DEPOSITED TO | TYPE OF ACCOUNT | Account Number | Amount |
|---|---|---|---|
| Wachovia | | ******2108 | 996.00 |
| Bank of America | | ******7977 | 370.22 |

GRE ADDRESS:   Humana Insurance Company, 500 West Main Street Louisville, KY 40202
Tel: 1-888-431-4748

### EARNINGS

| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|---|
| Basic Life Imputed Inc. | | 0.00 | 0.00 | 2.28 | 11.40 |
| Holiday Pay | | | | | 404.08 |
| PTO | | 25.25 | 8.00 | 202.04 | 202.04 |
| Time Entry Wages | | 25.25 | 72.00 | 1,818.36 | 9,495.88 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| OASDI | 124.71 | 623.80 |
| Medicare | 29.17 | 145.89 |
| Federal Withholding | 253.94 | 1,206.21 |
| Hum 401K | 121.23 | 606.15 |
| Dental | 7.56 | 34.08 |
| Hum Vision EE | 3.62 | 18.06 |
| Loan 1 401K | 113.95 | 569.75 |

0 (1/1)

0

321 West Main Street, 06 WFP E
Louisville, KY 40202
Tel: 1-888-431-4748

# Humana

Marc Aurel Genece
5170 SW 19th St
Plantation, FL 33317

## Payroll Deposit Advice

Brought to you by the Customers of Humana

**This is not a Check**

| ASSOCIATE NAME | | ASSOCIATE ID | | ORGANIZATION | | |
|---|---|---|---|---|---|---|
| Marc Aurel Genece | | 7##### | | Humana Insurance Company | | |
| **PERIOD START** | | **PERIOD END** | | **PAYMENT DATE** | | **VOUCHER NUMBER** |
| 01/26/20 | | 02/08/20 | | 02/14/20 | | 0 |
| **BASE SALARY** | **FLSA STATUS** | **PTO** | | **Volunteer** | **Short Term Disability** | **Personal Holiday** |
| 52,530.00 | Non Exempt | 256.36 | | 8.00 | 53.24 | 16.00 |
| **TAX TYPE** | | **FILING STATUS** | | | | **ALLOWANCES** |
| Federal | | Single or Married filing separately | | | | 0 |

| SUMMARY | | | | | |
|---|---|---|---|---|---|
| **GROSS EARNINGS** | | **GROSS PAY** | | **PRE-TAX DEDUCTIONS** | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 2,022.68 | 8,090.72 | 2,020.40 | 8,081.60 | 132.41 | 525.88 |
| **TAX DEDUCTIONS** | | **OTHER DEDUCTIONS** | | **NET PAY** | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 407.83 | 1,568.08 | 113.95 | 455.80 | 1,366.21 | 5,531.84 |

| DEPOSITED TO | TYPE OF ACCOUNT | Account Number | Amount |
|---|---|---|---|
| Wachovia | | ******2108 | 996.00 |
| Bank of America | | ******7977 | 370.21 |

**GRE ADDRESS:** Humana Insurance Company, 500 West Main Street Louisville, KY 40202
Tel: 1-888-431-4748

| EARNINGS | | | | | |
|---|---|---|---|---|---|
| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
| Basic Life Imputed Inc. | | 0.00 | 0.00 | 2.28 | 9.12 |
| Holiday Pay | | | | | 404.08 |
| Time Entry Wages | | 25.25 | 80.00 | 2,020.40 | 7,677.52 |

| DEDUCTIONS | | |
|---|---|---|
| DESCRIPTION | CURRENT | YTD |
| OASDI | 124.72 | 499.09 |
| Medicare | 29.17 | 116.72 |
| Federal Withholding | 253.94 | 952.27 |
| Hum 401K | 121.23 | 484.92 |
| Dental | 7.56 | 26.52 |
| Hum Vision EE | 3.62 | 14.44 |
| Loan 1 401K | 113.95 | 455.80 |

0

321 West Main Street, 06 WFP E
Louisville, KY 40202
Tel: 1-888-431-4748

# Humana

Marc Aurel Genece
5170 SW 19th St
Plantation, FL 33317

Brought to you by the Customers of Humana

## Payroll Deposit Advice
### This is not a Check

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Marc Aurel Genece |  | Humana Insurance Company | |
| PERIOD START | PERIOD END | PAYMENT DATE | VOUCHER NUMBER |
| 01/12/20 | 01/25/20 | 01/31/20 | 0 |
| BASE SALARY | FLSA STATUS | PTO | Volunteer | Short Term Disability | Personal Holiday |
| 52,530.00 | Non Exempt | 249.28 | 8.00 | 53.24 | 16.00 |
| TAX TYPE | FILING STATUS | | ALLOWANCES |
| Federal | Single or Married filing separately | | 0 |

| SUMMARY ||||||
|---|---|---|---|---|---|
| GROSS EARNINGS || GROSS PAY || PRE-TAX DEDUCTIONS ||
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 2,022.68 | 6,068.04 | 2,020.40 | 6,061.20 | 132.41 | 393.47 |
| TAX DEDUCTIONS || OTHER DEDUCTIONS || NET PAY ||
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 407.81 | 1,160.25 | 113.95 | 341.85 | 1,366.23 | 4,165.63 |

| DEPOSITED TO | TYPE OF ACCOUNT | Account Number | Amount |
|---|---|---|---|
| Wachovia |  | ******2108 | 996.00 |
| Bank of America |  | ******7977 | 370.23 |

GRE ADDRESS:   Humana Insurance Company, 500 West Main Street Louisville, KY 40202
Tel: 1-888-431-4748

| EARNINGS |||||||
|---|---|---|---|---|---|---|
| DESCRIPTION | PRIOR PERIOD | | RATE | HOURS | CURRENT | YTD |
| Basic Life Imputed Inc. | | | 0.00 | 0.00 | 2.28 | 6.84 |
| Holiday Pay | | | | | | 404.08 |
| Time Entry Wages | | | 25.25 | 80.00 | 2,020.40 | 5,657.12 |

| DEDUCTIONS |||
|---|---|---|
| DESCRIPTION | CURRENT | YTD |
| OASDI | 124.71 | 374.37 |
| Medicare | 29.16 | 87.55 |
| Federal Withholding | 253.94 | 698.33 |
| Hum 401K | 121.23 | 363.69 |
| Dental | 7.56 | 18.96 |
| Hum Vision EE | 3.62 | 10.82 |
| Loan 1 401K | 113.95 | 341.85 |

0 ( 1 / 1 )

0

321 West Main Street, 06 WFP E
Louisville, KY 40202
Tel: 1-888-431-4748

# Humana

Marc Aurel Genece
5170 SW 19th St
Plantation, FL 33317

Brought to you by the Customers of Humana

## Payroll Deposit Advice
### This is not a Check

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Marc Aurel Genece | | Humana Insurance Company | |
| PERIOD START | PERIOD END | PAYMENT DATE | VOUCHER NUMBER |
| 12/29/19 | 01/11/20 | 01/17/20 | 0 |
| BASE SALARY | FLSA STATUS | PTO | Volunteer | Short Term Disability | Personal Holiday |
| 52,530.00 | Non Exempt | 242.20 | 8.00 | 53.24 | 16.00 |
| TAX TYPE | | FILING STATUS | | | ALLOWANCES |
| Federal | | Single | | | 0 |

### SUMMARY

| GROSS EARNINGS | | GROSS PAY | | PRE-TAX DEDUCTIONS | |
|---|---|---|---|---|---|
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 2,022.68 | 4,045.36 | 2,020.40 | 4,040.80 | 132.41 | 261.06 |
| TAX DEDUCTIONS | | OTHER DEDUCTIONS | | NET PAY | |
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 375.66 | 752.44 | 113.95 | 227.90 | 1,398.38 | 2,799.40 |

| DEPOSITED TO | TYPE OF ACCOUNT | Account Number | Amount |
|---|---|---|---|
| Wachovia | | ******2108 | 996.00 |
| Bank of America | | ******7977 | 402.38 |

GRE ADDRESS:   Humana Insurance Company, 500 West Main Street Louisville, KY 40202
Tel: 1-888-431-4748

### EARNINGS

| DESCRIPTION | PRIOR PERIOD | RATE | HOURS | CURRENT | YTD |
|---|---|---|---|---|---|
| Basic Life Imputed Inc. | | 0.00 | 0.00 | 2.28 | 4.56 |
| Holiday Pay | | 25.25 | 8.00 | 202.04 | 404.08 |
| Time Entry Wages | | 25.25 | 72.00 | 1,818.36 | 3,636.72 |

### DEDUCTIONS

| DESCRIPTION | CURRENT | YTD |
|---|---|---|
| OASDI | 124.71 | 249.66 |
| Medicare | 29.17 | 58.39 |
| Federal Withholding | 221.78 | 444.39 |
| Hum 401K | 121.23 | 242.46 |
| Dental | 7.56 | 11.40 |
| Hum Vision EE | 3.62 | 7.20 |
| Loan 1 401K | 113.95 | 227.90 |

0 (1/1)

0

321 West Main Street, 06 WFP E
Louisville, KY 40202
Tel: 1-888-431-4748

# Humana

Marc Aurel Genece
5170 SW 19th St
Plantation, FL 33317

## Payroll Deposit Advice

Brought to you by the Customers of Humana

### This is not a Check

| ASSOCIATE NAME | ASSOCIATE ID | ORGANIZATION | |
|---|---|---|---|
| Marc Aurel Genece | ~~~~~~~ | Humana Insurance Company | |
| PERIOD START | PERIOD END | PAYMENT DATE | VOUCHER NUMBER |
| 12/15/19 | 12/28/19 | 01/03/20 | 0 |
| BASE SALARY | FLSA STATUS | PTO | | Volunteer | Short Term Disability | Personal Holiday |
| 52,530.00 | Non Exempt | 235.12 | | 4.00 | 53.24 | 8.00 |
| TAX TYPE | | FILING STATUS | | | | ALLOWANCES |
| Federal | | Single | | | | 0 |

| SUMMARY |||||||
|---|---|---|---|---|---|
| GROSS EARNINGS || GROSS PAY || PRE-TAX DEDUCTIONS ||
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 2,022.68 | 2,022.68 | 2,020.40 | 2,020.40 | 128.65 | 128.65 |
| TAX DEDUCTIONS || OTHER DEDUCTIONS || NET PAY ||
| CURRENT | YTD | CURRENT | YTD | CURRENT | YTD |
| 376.78 | 376.78 | 113.95 | 113.95 | 1,401.02 | 1,401.02 |

| DEPOSITED TO | TYPE OF ACCOUNT | Account Number | Amount |
|---|---|---|---|
| Wachovia | | ******2108 | 996.00 |
| Bank of America | | ******7977 | 405.02 |

GRE ADDRESS:   Humana Insurance Company, 500 West Main Street Louisville, KY 40202
               Tel: 1-888-431-4748

| EARNINGS |||||||
|---|---|---|---|---|---|
| DESCRIPTION | PRIOR PERIOD | | RATE | HOURS | CURRENT | YTD |
| Basic Life Imputed Inc. | | | 0.00 | 0.00 | 2.28 | 2.28 |
| Holiday Pay | | | 25.25 | 8.00 | 202.04 | 202.04 |
| Time Entry Wages | | | 25.25 | 72.00 | 1,818.36 | 1,818.36 |

| DEDUCTIONS |||
|---|---|---|
| DESCRIPTION | CURRENT | YTD |
| OASDI | 124.95 | 124.95 |
| Medicare | 29.22 | 29.22 |
| Federal Withholding | 222.61 | 222.61 |
| Hum 401K | 121.23 | 121.23 |
| Dental | 3.84 | 3.84 |
| Hum Vision EE | 3.58 | 3.58 |
| Loan 1 401K | 113.95 | 113.95 |