United States Bankruptcy Court
Southern District of Florida

In re:                                                                    Case No. 20-13104-PGH
Marc-Aurel Genece                                                          Chapter 13
        Debtor

## CERTIFICATE OF NOTICE

District/off: 113C-0           User: ramosm            Page 1 of 1            Date Rcvd: Mar 16, 2020
                               Form ID: pdf008         Total Noticed: 18

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 18, 2020.
db              +Marc-Aurel Genece,    5170 SW 19 St,    Plantation, FL 33317-6007
95608627        +Amex,    Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
95608629        +Citibank,    Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
                  St Louis, MO 63179-0034
95608630        +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                  Mason, OH 45040-8999
95608631        +Genesis FS Card/Kay Jewelers,    Attn: Bankruptcy,    PO Box 4477,    Beaverton, OR 97076-4401
95608635        +Orthopedic Center of S FL, PA,    600 S Pine Island Rd # 300,    Plantation, FL 33324-3179
95608636        +Quicksilver Capital, LLC,    181 South Franklin Avenue,    Valley Stream, NY 11581-1101
95608637        +Servicemaster/terminix,    Attn: Bankruptcy,    150 Peabody Place,    Memphis, TN 38103-3720
95608639        +Suntrust Bank,    Attn: Bankruptcy,    PO Box 85092 MC VA-WMRK-7952,    Richmond, VA 23285-5092
95608640        +Sysco South Florida, Inc.,    c/o HIDAY & RICKE, PA,    Melissa Comras, Esq.,    PO Box 550858,
                  Jacksonville, FL 32255-0858
95608641        +USDOE/GLELSI,    Attn: Bankruptcy,    PO Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             +E-mail/Text: swulfekuhle@broward.org Mar 17 2020 05:06:18      Broward County Tax Collector,
                  115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg              E-mail/Text: OGCBankruptcy@floridarevenue.com Mar 17 2020 05:05:26
                  Florida Department of Revenue,    POB 6668,    Bankruptcy Division,
                  Tallahassee, FL  32314-6668
95608626        +E-mail/Text: ally@ebn.phinsolutions.com Mar 17 2020 05:06:46      Ally Financial,
                  Attn: Bankruptcy,    PO Box 380901,    Bloomington, MN 55438-0901
95608628        +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Mar 17 2020 05:23:21      Capital One,
                  Attn: Bankruptcy,    PO Box 30285,    Salt Lake City, UT 84130-0285
95608633        +E-mail/Text: sbse.cio.bnc.mail@irs.gov Mar 17 2020 05:12:14
                  IRS - Compliance Svs. Insolvency,    STOP 5790,    7850 SW 6 Ct,    Plantation, FL 33324-3202
95608634        +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Mar 17 2020 05:16:20      Kabbage,
                  925B Peachtreet Steet NE,    Ste. 1688,    Atlanta, GA 30309-3918
95608638        +E-mail/Text: clientservices@sourcerm.com Mar 17 2020 05:16:03      Source Receivables Mgmt, Llc,
                  Attn: Bankruptcy Dept,    4615 Dundas Dr., Suite 102,    Greensboro, NC 27407-1761
                                                                                              TOTAL: 7

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
95608632*         Internal Revenue Service,    POB 7346,    Philadelphia, PA 19101-7346
                                                                                              TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 18, 2020                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 16, 2020 at the address(es) listed below:
              John D. Segaul    on behalf of Debtor Marc-Aurel  Genece john@segaul.com,
               court@segaulstoll.com;melissa@segaul.com;barbara@segaul.com;segaullawfirmpa@jubileebk.net
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner     ecf@ch13weiner.com;ecf2@ch13weiner.com
                                                                                             TOTAL: 3

**UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF FLORIDA**
www.flsb.uscourts.gov
**CHAPTER 13 PLAN (Individual Adjustment of Debts)**

☒ _____ Original Plan
☐ _____ Amended Plan (Indicate 1st, 2nd, etc. Amended, if applicable)
☐ _____ Modified Plan (Indicate 1st, 2nd, etc. Modified, if applicable)

DEBTOR: Marc-Aurel Genece        JOINT DEBTOR: _____        CASE NO.: 20-13104-PGH
SS#: xxx-xx- 2300                 SS#: xxx-xx- _____

I. **NOTICES**

To Debtors: Plans that do not comply with local rules and judicial rulings may not be confirmable. All plans, amended plans and modified plans shall be served upon all creditors and a certificate of service filed with the Clerk pursuant to Local Rules 2002-1 (C)(5), 3015-1(B)(2), and 3015-2. Debtor(s) must commence plan payments within 30 days of filing the chapter 13 petition or within 30 days of entry of the order converting the case to chapter 13.

To Creditors: Your rights may be affected by this plan. You must file a timely proof of claim in order to be paid. Your claim may be reduced, modified or eliminated.

To All Parties: The plan contains no nonstandard provisions other than those set out in paragraph VIII. Debtor(s) must check one box on each line listed below in this section to state whether the plan includes any of the following:

| | | |
|---|---|---|
| The valuation of a secured claim, set out in Section III, which may result in a partial payment or no payment at all to the secured creditor | ☐ Included | ☒ Not included |
| Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest, set out in Section III | ☐ Included | ☒ Not included |
| Nonstandard provisions, set out in Section VIII | ☐ Included | ☒ Not included |

II. **PLAN PAYMENTS, LENGTH OF PLAN AND DEBTOR(S)' ATTORNEY'S FEE**

A. **MONTHLY PLAN PAYMENT:** This Plan pays for the benefit of the creditors the amounts listed below, including trustee's fees of 10%, beginning 30 days from the filing/conversion date. In the event the trustee does not retain the full 10%, any unused amount will be paid to unsecured nonpriority creditors pro-rata under the plan:

1. $169.69        for months   1   to  40  ;
2. $288.42        for months  41   to  47  ;
3. $751.04        for months  48   to  60  ;

B. **DEBTOR(S)' ATTORNEY'S FEE:**   ☐ NONE   ☐ PRO BONO

| Total Fees: $4650.00 | Total Paid: $1525.00 | Balance Due: $3125.00 |
|---|---|---|
| Payable $148.81 /month (Months 1 to 21 ) | | |

Allowed fees under LR 2016-l(B)(2) are itemized below:
Chapter 13 Attorney's Fee $4,500, Ch. 13 Adm Exps. $150

Applications for compensation must be filed for all fees over and above the Court's Guidelines for Compensation.

III. **TREATMENT OF SECURED CLAIMS**

A. **SECURED CLAIMS:** ☒ NONE
[Retain Liens pursuant to 11 U.S.C. §1325 (a)(5)] Mortgage(s)/Lien on Real or Personal Property:

B. **VALUATION OF COLLATERAL:** ☒ NONE

C. **LIEN AVOIDANCE** ☒ NONE

D. **SURRENDER OF COLLATERAL:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.
☒ NONE

E. **DIRECT PAYMENTS:** Secured claims filed by any creditor granted stay relief in this section shall not receive a distribution fom the Chapter 13 Trustee.

☐ NONE

☒ The debtor(s) elect to make payments directly to each secured creditor listed below. The debtor(s) request that upon confirmation of this plan the automatic stay be terminated in rem as to the debtor(s) and in rem and in personam as to any codebtor(s) as to these creditors. Nothing herein is intended to terminate or abrogate the debtor(s)' state law contract rights.

| | Name of Creditor | Last 4 Digits of Account No. | Description of Collateral (Address, Vehicle, etc.) |
|---|---|---|---|
| 1. | Suntrust Bank | 7564 | 5170 SW 19 St, Plantation, FL 33317 |
| 2. | Ally Financial | 2373 | 2017 Chrysler Pacifica |

IV. **TREATMENT OF FEES AND PRIORITY CLAIMS** [as defined in 11 U.S.C. §507 and 11 U.S.C. § 1322(a)(4)]

A. **ADMINISTRATIVE FEES OTHER THAN DEBTORS(S)' ATTORNEY'S FEE:** ☒ NONE

B. **INTERNAL REVENUE SERVICE:** ☒ NONE

C. **DOMESTIC SUPPORT OBLIGATION(S):** ☒ NONE

D. **OTHER:** ☒ NONE

V. **TREATMENT OF UNSECURED NONPRIORITY CREDITORS**

A. Pay  $148.81  /month (Months  22  to  40  )

   Pay  $262.20  /month (Months  41  to  47  )

   Pay  $682.76  /month (Months  48  to  60  )

   Pro rata dividend will be calculated by the Trustee upon review of filed claims after bar date.

B. ☐ If checked, the Debtor(s) will amend/modify to pay 100% to all allowed unsecured nonpriority claims.

C. **SEPARATELY CLASSIFIED:** ☒ NONE

*Debtor(s) certify the separate classification(s) of the claim(s) listed above will not prejudice other unsecured nonpriority creditors pursuant to 11 U.S.C. § 1322.

VI. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES:** Secured claims filed by any creditor/lessor granted stay relief in this section shall not receive a distribution from the Chapter 13 Trustee.

☒ NONE

VII. **INCOME TAX RETURNS AND REFUNDS:** ☒ NONE

VIII. **NON-STANDARD PLAN PROVISIONS** ☒ NONE

**PROPERTY OF THE ESTATE WILL VEST IN THE DEBTOR(S) UPON PLAN CONFIRMATION.**

I declare that the foregoing chapter 13 plan is true and correct under penalty of perjury.

| Debtor | Date | Joint Debtor | Date |
|---|---|---|---|
| Marc-Aurel Genece | | | |

| | | |
|---|---|---|
| John D. Segaul, Esq. | 3/13/2020 | |
| Attorney with permission to sign on Debtor(s)' behalf | Date | |

**By filing this document, the Attorney for Debtor(s) or Debtor(s), if not represented by counsel, certifies that the wording and order of the provisions in this Chapter 13 plan are identical to those contained in Local Form Chapter 13 Plan and the plan contains no nonstandard provisions other than those set out in paragraph VIII.**