UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:  
Marc-Aurel Genece

Case No. 20-13104-PGH  
Chapter 13

Debtor.                                    /

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICE

Elizabeth Eckhart, Esq., hereby gives notice of appearance in this cause as Counsel for Creditor, Truist Bank, successor by merger to SunTrust Bank. The Clerk is requested to furnish a copy of all pleadings to the undersigned that would be served upon creditors in this proceeding.

For reference, the property address associated with the undersigned representation is

5170 SW 19th St, Plantation, FL 33317

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing has been sent to the following on this 12th day of May, 2020.

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and am in Compliance with additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A).

Marc-Aurel Genece, 5170 SW 19th St, Plantation, FL 33317  
John D Segaul, 300 S. Pine Island Rd, #304, Plantation, FL 33324  
Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355  
United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/Elizabeth Eckhart  
Elizabeth Eckhart  
FL Bar # 0048958  
Shapiro, Fishman & Gaché, LLP  
Attorney for Secured Creditor  
4630 Woodland Corporate Blvd.  
Suite 100  
Tampa, FL  33614  
Telephone: 813-319-5278  
Fax: (813) 880-8800  
E-mail: eeckhart@logs.com

20-323796