Certificate Number: 03621-FLS-DE-034454603

Bankruptcy Case Number: 20-13104


03621-FLS-DE-034454603

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on May 14, 2020, at 12:50 o'clock AM EDT, Marc-aurel Genece completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Southern District of Florida.

Date: May 14, 2020

By: /s/Jamie Thomas

Name: Jamie Thomas

Title: Credi Counselor