# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF FLORIDA
www.flsb.uscourts.gov

In re                                                          Case No.: 20-13104-PGH
Marc-Aurel Genece,                                            Chapter 13

___Debtor._____/

### DEBTOR'S NOTICE OF COMPLIANCE WITH REQUIREMENTS FOR AMENDING
### CREDITOR INFORMATION

This notice is being filed in accordance with Local Rules 1007-2(B), 1009-1(D), or 1019-1(B) upon the filing of an amendment to the debtor's lists, schedules or statements, pursuant to Bankruptcy Rules 1007, 1009, 1019 or 5010-1(B).  I certify that:

[  ]     The paper filed **adds** creditor(s) as reflected on the underlined list (include name and address of each creditor being added).  I have:
1.     remitted the required fee (unless the paper is a Bankruptcy Rule 1019(5) report);
2.     provided the court with a supplemental matrix **of only the added creditors** on a CD or memory stick in electronic text format (ASCII or MS-DOS text), or electronically uploaded  the added creditors in CM/ECF;
3.     provided notice to affected parties, including service of a copy of this notice and
a copy of the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)];
4.     filed an amended schedule(s) and summary of schedules; and
5.     filed a motion to reopen accompanied by the required filing fee (if adding creditors pursuant to Local Rule 5010-1(B)).

[  ]     The paper filed **deletes** a creditor(s) as reflected on the underlined list (include name and address of each creditor being deleted).  **I have:**
1.     remitted the required fee;
2.     provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
3.     filed an amended schedule(s) and summary of schedules.

[  ]     The paper filed **corrects** the name and/or address of a creditor(s) as reflected on the underlined list.  **I have:**
1.     provided notice to affected parties, including service of a copy of this notice and a copy of
the §341 or post conversion meeting notice [see Local Rule 1009-1(D)(2)] and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
2.     filed an amended schedule(s) or other paper.

[  ]     The paper filed **corrects** schedule D or E/F amount(s) or classification(s).  **I have:**
1.     remitted the required fee;
2.     provided notice to affected parties and filed a certificate of service in compliance with the court [see Local Rule 2002-1(F)]; and
3.     filed an amended schedule(s) and summary of schedules.

[**XXX**]    None of the above apply. The paper filed does not require an additional fee, a supplemental matrix, or notice to affected parties. It does not require the filing of an amended schedule. It does require the filing of the initial summary of schedules.

I also certify that, if filing amended schedules, Bankruptcy Form 106 "Declaration About an Individual Debtor's Schedules" (signed by both debtors) or Bankruptcy Form 202, "Declaration Under Penalty of Perjury for Non-Individual Debtors" has been filed as required by Local Rules 1007-2(B), 1009-1(A)(2) and (D)(1), or 1019-1(B).

Dated: May 20, 2020                           SEGAUL LAW FIRM
                                              300 S. Pine Island Road, Suite 304
                                              Plantation, FL 33324
                                    By:       **John D. Segaul**
                                              John D. Segaul, Esq.
                                              FL Bar #: 907405

LF-4 (rev. 12/01/15)