UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

Joseph Babiak,                                            Case No.: 20-10704-MAM
Miho Babiak,

                                                               Chapter 13

       Debtors.
_____/

## CERTIFICATE OF SERVICE

     I HEREBY CERTIFY that a true and correct copy of **1st Amended Chapter 13 Plan (DE # 14)** was furnished to all parties on the attached matrix and to the parties listed below by the method indicated on April 2, 2020.

                                                          SEGAUL LAW FIRM, PA
                                                          300 S Pine Island., Suite 304
                                                          Plantation, FL 33324
                                                          *T*: 954.424.3600 *F*: 954.423.3561
                                                          *E*: john@segaul.com

                                     BY: **/s/ John D. Segaul**
                                                          John D. Segaul
                                                          FL Bar No. 907405

**Via ECF:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**Via U.S. Mail**

*See attached mailing matrix.*

ADT Protection
PO Box 49292
Wichita, KS 67201

Ally Financial
Attn: Bankruptcy
PO Box 380901
Bloomington, MN 55438

American Express
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

American Express Business Platinum Card
PO Box 650448
Dallas, TX 75265-0448

American Express EveryDay
PO Box 650448
Dallas, TX 75265-0048

American Express Gold Card
PO Box 650448
Dallas, TX 75265-0448

Bank of America Business Advantager
PO Box 982238
El Paso, TX 79998-2238

Bank of America Business Card
PO Box 15796
Wilmington, DE 19886-5796

Bank of America Cash Rewards Visa Signat
4909 Savarese Circle
FL1-908-01-50
Tampa, FL 33634

Barclays Bank Delaware-NFL VISA
Attn: Correspondence
PO Box 8801
Wilmington, DE 19899

Capital One spark VISA Business Account
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Chrysler Capital
PO Box 660647
Dallas, TX 75266

Citibank  
Citicorp Credit Srvs/Centralized Bk dept  
PO Box 790034  
St Louis, MO 63179  

Citibank Aadvantage Gold Card  
Citicorp Credit Srvs/Centralized Bk dept  
PO Box 790034  
St Louis, MO 63179  

Citibank Diamond Preferred Card  
Citicorp Credit Srvs/Centralized Bk dept  
PO Box 790034  
St Louis, MO 63179  

CitiBusinss Advantage Platinum Select Cd  
PO Box 9001037  
Louisville, KY 40290-1037  

Comcase Business  
PO Box 71211  
Charloette, NC 28272-1211  

Comcast Business  
141 NW 16 Street  
Pompano Beach, FL 33060-5250  

Discover Financial  
Attn: Bankruptcy Department  
PO Box 15316  
Wilmington, DE 19850  

First Mark Services-Citizens One  
First Mark Services  
PO Box 82522  
Lincoln, NE 68501  

Firstsource Advantage, LLC  
205 Bryant Woods South  
Amherst, NY 14228  

Internal Revenue Service  
POB 7346  
Philadelphia, PA 19101-7346  

IRS - Compliance Svs. Insolvency  
STOP 5790  
7850 SW 6 Ct  
Plantation, FL 33324  

RBS Citizens Cc - Citizens Bank  
1 Citizens Dr.  
MS: ROP 15B  
Riverside, RI 02915

Santander Consumer USA
Attn: Bankruptcy
10-64-38-FD7  601 Penn St
Reading, PA 19601

Upstart
Attn: Bankruptcy
PO Box 1503
San Carlos, CA 94070

Wells Fargo SBL - Business Card
PO Box 29482
Phoenix, AZ 8503.8-8650