UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

Marc-Aurel Genece,           Case No.: 20-13104-PGH

         Chapter 13

   Debtor.
_____/

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that a true and correct copy of **1st Amended Chapter 13 Plan (DE # 23)** was furnished to all parties on the attached matrix and to the parties listed below by the method indicated on May 20, 2020.

SEGAUL LAW FIRM, PA
300 S Pine Island., Suite 304
Plantation, FL 33324
*T*: 954.424.3600 *F*: 954.423.3561
*E*: john@segaul.com

BY: **/s/ John D. Segaul**
John D. Segaul
FL Bar No. 907405

**Via ECF:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

Elizabeth W Eckhart on behalf of Creditor Truist Bank, successor by merger to SunTrust Bank
eeckhart@logs.com, electronicbankruptcynotices@logs.com

**Via U.S. Mail**

*See attached mailing matrix.*

Ally Financial
Attn: Bankruptcy
PO Box 380901
Bloomington, MN 55438

Amex
Correspondence/Bankruptcy
PO Box 981540
El Paso, TX 79998

Capital One
Attn: Bankruptcy
PO Box 30285
Salt Lake City, UT 84130

Citibank
Citicorp Credit Srvs/Centralized Bk dept
PO Box 790034
St Louis, MO 63179

Deptartment Store National Bank/Macy's
Attn: Bankruptcy
9111 Duke Boulevard
Mason, OH 45040

Genesis FS Card/Kay Jewelers
Attn: Bankruptcy
PO Box 4477
Beaverton, OR 97076

Internal Revenue Service
POB 7346
Philadelphia, PA 19101-7346

IRS - Compliance Svs. Insolvency
STOP 5790
7850 SW 6 Ct
Plantation, FL 33324

Kabbage
925B Peachtreet Steet NE
Ste. 1688
Atlanta, GA 30309

Orthopedic Center of S FL, PA
600 S Pine Island Rd # 300
Plantation, FL 33324

Quicksilver Capital, LLC
181 South Franklin Avenue
Valley Stream, NY 11581-1138

Servicemaster/terminix

Attn: Bankruptcy
150 Peabody Place
Memphis, TN 38103

Source Receivables Mgmt, Llc
Attn: Bankruptcy Dept
4615 Dundas Dr., Suite 102
Greensboro, NC 27407

Suntrust Bank
Attn: Bankruptcy
PO Box 85092 MC VA-WMRK-7952
Richmond, VA 23286

Sysco South Florida, Inc.
c/o HIDAY & RICKE, PA
Melissa Comras, Esq.
PO Box 550858
Jacksonville, FL 32255

USDOE/GLELSI
Attn: Bankruptcy
PO Box 7860
Madison, WI 53707