UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                          Case No. 20-13104-PGH
Marc-Aurel Genece                                               Chapter 13

      Debtor.                                              /

**TRUIST BANK, SUCCESSOR BY MERGER TO SUNTRUST BANK'S NOTICE OF FORBEARANCE AGREEMENT DUE TO THE COVID-19 PANDEMIC**

      Now comes Creditor Truist Bank, successor by merger to SunTrust Bank ("Creditor"), by and through undersigned counsel, and hereby submits its Notice of Forbearance Agreement due to a material financial hardship caused by the COVID-19 pandemic as allowed for under the Coronavirus Aid, Relief, and Economic Security Act or the "CARES Act" (H.R. 748-210 section 4022) enacted March 27, 2020 and states as follows:

      1.    Creditor, Truist Bank, successor by merger to SunTrust Bank, is listed in the First Amended Chapter 13 Plan (Doc. No. 23) as paid direct for a mortgage encumbering real property located at 5170 SW 19th St, Plantation, FL 33317.

      2.    Creditor filed its Proof of Claim (8-1) which lists a secured total claim of $340,326.25, an arrearage of $85.00, and monthly payment of $3,453.53.

      3.    Creditor and Debtor agree to a forbearance of the mortgage payment for a period of ninety (90) days beginning on May 1, 2020, and ending on July 31, 2020.

      4.    Creditor at this time does not waive any rights to collect the payments that come due during the forbearance period however it will not attempt to seek relief from the automatic stay or attempt to collect any mortgage debt during this time.

5. The parties agree that Debtor will resume Mortgage payments beginning August 1, 2020 and will be required to cure the delinquency created by the forbearance period (hereinafter "forbearance arrears") [1].

/s/Elizabeth Eckhart
Elizabeth Eckhart
FL Bar # 0048958
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-319-5278
Fax: (813) 880-8800
E-mail: eeckhart@logs.com

---

[1] The CARES act also allows for the Debtor to make a further 180-day request upon the expiration of the initial six-month period if the Debtor is still adversely affected by the COVID-19 pandemic.

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1.

**I HEREBY CERTIFY** that a true and correct copy of the foregoing Notice of Forbearance Agreement was sent via CM/ECF transmission or via first class United States mail on this 26th day of May, 2020 to:

Marc-Aurel Genece, 5170 SW 19th St, Plantation, FL 33317

John D Segaul, 300 S. Pine Island Rd, #304, Plantation, FL 33324

Robin R Weiner, POB 559007, Fort Lauderdale, FL 33355

United States Trustee, 51 SW First Avenue, Suite 1204, Miami, FL 33130

/s/Elizabeth Eckhart
Elizabeth Eckhart
FL Bar # 0048958
Shapiro, Fishman & Gaché, LLP
Attorney for Secured Creditor
4630 Woodland Corporate Blvd.
Suite 100
Tampa, FL  33614
Telephone: 813-319-5278
Fax: (813) 880-8800
E-mail: eeckhart@logs.com

20-323796