```
                          United States Bankruptcy Court
                           Southern District of Florida

In re:                                                      Case No. 20-13104-PGH
Marc-Aurel Genece                                           Chapter 13
        Debtor                   CERTIFICATE OF NOTICE
District/off: 113C-0          User: admin                Page 1 of 2                  Date Rcvd: Jun 03, 2020
                              Form ID: CGFD65            Total Noticed: 24


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 05, 2020.
db             +Marc-Aurel Genece,    5170 SW 19 St,    Plantation, FL 33317-6007
95657661        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
95608627       +Amex,   Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
95608629       +Citibank,   Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
                 St Louis, MO 63179-0034
95608630       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,    9111 Duke Boulevard,
                 Mason, OH 45040-8999
95608631       +Genesis FS Card/Kay Jewelers,    Attn: Bankruptcy,    PO Box 4477,    Beaverton, OR 97076-4401
95608635       +Orthopedic Center of S FL, PA,    600 S Pine Island Rd # 300,    Plantation, FL 33324-3179
95608636       +Quicksilver Capital, LLC,    181 South Franklin Avenue,    Valley Stream, NY 11581-1101
95608637       +Servicemaster/terminix,    Attn: Bankruptcy,    150 Peabody Place,    Memphis, TN 38103-3720
95608639       +Suntrust Bank,    Attn: Bankruptcy,    PO Box 85092 MC VA-WMRK-7952,    Richmond, VA 23285-5092
95608640       +Sysco South Florida, Inc.,    c/o HIDAY & RICKE, PA,    Melissa Comras, Esq.,    PO Box 550858,
                 Jacksonville, FL 32255-0858
95694771       +Truist Bank,   P.O. Box 27767,    RVW 3034,   Richmond, VA 23261-7767
95608641       +USDOE/GLELSI,    Attn: Bankruptcy,    PO Box 7860,   Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: swulfekuhle@broward.org Jun 04 2020 02:56:36      Broward County Tax Collector,
                 115 S Andrews Ave,    Ft Lauderdale, FL 33301-1818
smg             E-mail/Text: OGCBankruptcy@floridarevenue.com Jun 04 2020 02:55:57
                 Florida Department of Revenue,    POB 6668,   Bankruptcy Division,
                 Tallahassee, FL  32314-6668
95688822        E-mail/Text: ally@ebn.phinsolutions.com Jun 04 2020 02:57:00      Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
95608626       +E-mail/Text: ally@ebn.phinsolutions.com Jun 04 2020 02:57:00      Ally Financial,
                 Attn: Bankruptcy,    PO Box 380901,   Bloomington, MN 55438-0901
95608628       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 04 2020 02:44:01      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,   Salt Lake City, UT 84130-0285
95651684        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 04 2020 02:38:32
                 Capital One Bank (USA), N.A.,    by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC  28272-1083
95608633       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 04 2020 03:03:38
                 IRS - Compliance Svs. Insolvency,    STOP 5790,   7850 SW 6 Ct,    Plantation, FL 33324-3202
95608634       +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Jun 04 2020 03:06:41      Kabbage,
                 925B Peachtreet Steet NE,    Ste. 1688,   Atlanta, GA 30309-3918
95665345        E-mail/Text: bnc-quantum@quantum3group.com Jun 04 2020 03:05:07
                 Quantum3 Group LLC as agent for,    CF Medical LLC,   PO Box 788,    Kirkland, WA  98083-0788
95692970        E-mail/Text: appebnmailbox@sprint.com Jun 04 2020 03:05:27      Sprint Corp,   PO BOX 7949,
                 OVERLAND PARK, KS 66207-0949
95608638       +E-mail/Text: clientservices@sourcerm.com Jun 04 2020 03:06:29      Source Receivables Mgmt, Llc,
                 Attn: Bankruptcy Dept,    4615 Dundas Dr., Suite 102,   Greensboro, NC 27407-1761
                                                                                              TOTAL: 11

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
95608632*        Internal Revenue Service,   POB 7346,    Philadelphia, PA 19101-7346
                                                                                     TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 05, 2020                                Signature:  /s/Joseph Speetjens

---

**CM/ECF NOTICE OF ELECTRONIC FILING**

```
District/off: 113C-0           User: admin              Page 2 of 2               Date Rcvd: Jun 03, 2020
                               Form ID: CGFD65          Total Noticed: 24
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 3, 2020 at the address(es) listed below:

          Elizabeth W Eckhart    on behalf of Creditor    Truist Bank, successor by merger to SunTrust Bank
           eeckhart@logs.com, electronicbankruptcynotices@logs.com
          John D. Segaul    on behalf of Debtor Marc-Aurel  Genece john@segaul.com,
           court@segaulstoll.com;melissa@segaul.com;barbara@segaul.com;segaullawfirmpa@jubileebk.net
          Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
          Robin R Weiner    ecf@ch13weiner.com, ecf2@ch13weiner.com

                                                                                                                  TOTAL: 4

**CGFD65** (10/01/16)



**ORDERED in the Southern District of Florida on June 3, 2020**

**Paul G. Hyman, Jr.**
United States Bankruptcy Judge

# United States Bankruptcy Court
### Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 20−13104−PGH**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Marc−Aurel Genece
5170 SW 19 St
Plantation, FL 33317

SSN: xxx−xx−2300

## ORDER DETERMINING DEBTOR'S
## COMPLIANCE WITH FILING REQUIREMENTS OF §521(a)(1)

Pursuant to 11 U.S.C. §521(i), if an individual debtor in a voluntary case under chapter 7 or 13 fails to file all of the information required under 11 U.S.C. §521(a)(1) within 45 days after the date of the filing of the petition, the case shall be automatically dismissed effective on the 46th day after the date of the filing of the petition.

*Page 1 of 2*

The information required by 11 U.S.C. §521(a)(1) as provided by the debtor* in this case is complete to the satisfaction of the trustee and no creditor or other party in interest has filed a request for an order of dismissal pursuant to 11 U.S.C. §521(i)(2) as provided under Local Rule 1017–2(A)(2). Based upon the trustee's review, the court has determined that the debtor has complied with the information requirements of 11 U.S.C. §521(a)(1).

Accordingly, it is

**ORDERED:**

1. This case is not subject to automatic dismissal under 11 U.S.C. §521(i)(1) or (2).

2. If any creditor or other party in interest has any reason to contest the court's finding that the debtor has filed all information required by 11 U.S.C. §521(a)(1), that party shall file an objection not later than 21 days from the date of the entry of this Order, and serve such objection on the trustee, the United States Trustee, debtor, and debtor's counsel, if any. The objection should specifically identify the information and document(s) required by 11 U.S.C. §521(a)(1) that the debtor has failed to file.

3. Each creditor or other party in interest served with this Order who does not file an objection within the 21 day deadline set forth above has waived the right to file a motion to dismiss this bankruptcy case for the debtor's failure to comply with 11 U.S.C. §521(a)(1).

4. Nothing in this Order shall excuse the debtor's duty to cooperate with the United States Trustee and the trustee assigned to this case, and shall not prevent the United States Trustee or case trustee from requesting by any authorized means, including, but not limited to motion, that the debtor supply further information.

The clerk shall serve a copy of this order on all parties of record.

# # #

* All references to "debtor" shall include and refer to both of the debtors in a case filed jointly by two individuals.

*Page 2 of 2*