UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

IN RE:

                                        Case No.: 20-13104-PGH

GENECE, MARC-AUREL
xxx-xx-2300                               Chapter 13

     Debtor.
_____/

**NOTICE OF COMPLIANCE BY ATTORNEY FOR DEBTOR WITH LOCAL RULE 2083-1(B) CLAIMS REVIEW REQUIREMENT**

The undersigned attorney for debtor certifies that a review of the claims register and all claims filed in the above referenced case has been completed in accordance with Local Rule 2083-1(B) and that:

1)   ☑   No further action is necessary.

2)   The following actions have been taken:

    ☐   The debtor has filed an objection to the proof of claim filed by_ _____.

    ☐   The debtor has filed a _____amended plan or modified plan to provide for the proof of claim filed by _____ _____.

    ☐   Other: _____.

I HEREBY CERTIFY that a true and correct copy of this document has furnished to the parties listed below by the method indicated on June 19, 2020.

                                        SEGAUL LAW FIRM
                                        300 S Pine Island., Suite 304
                                        Plantation, FL 33324
                                        *T*: 954.424.3600 *F*: 954.374.7298
                                        *E*: john@segaul.com

                    BY:    **/s/ John D. Segaul**
                             John D. Segaul, Esq.
                             FL Bar No. 907405

**Via ECF Email:**

Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

**VIA US MAIL:**

Marc-Aurel Genece
5170 SW 19 St
Plantation, FL 33317