**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**

IN RE:

Marc-Aurel Genece,                                    Case No.: 20-13104-PGH

                                                      Chapter 13

      Debtor.
_____/

## NOTICE OF WITHDRAWAL

      COMES NOW, undersigned counsel, and hereby files this Notice of Withdrawal of Document Entry #33 filed on June 19, 2020.

      I HEREBY CERTIFY that a true and correct copy of this notice was furnished to all parties listed below on June 19, 2020.

      I HEREBY CERTIFY that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with additional qualifications to practice in the Court set forth in Local Rule 2090-1(A).

SEGAUL LAW FIRM, PA
300 S Pine Island., Suite 304
Plantation, FL 33324
*T*: 954.424.3600 *F*: 954.423.3561
*E*: john@segaul.com

BY: **/s/ John D. Segaul**
     John D. Segaul
     FL Bar No. 907405

**Via ECF:**

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

John Robin R Weiner
ecf@ch13weiner.com;ecf2@ch13weiner.com

Elizabeth W Eckhart on behalf of Creditor Truist Bank, successor by merger to SunTrust Bank
eeckhart@logs.com, electronicbankruptcynotices@logs.com