```
                           United States Bankruptcy Court
                           Southern District of Florida
In re:                                                          Case No. 20-13104-PGH
Marc-Aurel Genece                                               Chapter 13
        Debtor
                              CERTIFICATE OF NOTICE
District/off: 113C-0          User: ramosm              Page 1 of 2              Date Rcvd: Jun 22, 2020
                              Form ID: CGFD26           Total Noticed: 27


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 24, 2020.
db             +Marc-Aurel Genece,    5170 SW 19 St,    Plantation, FL 33317-6007
95657661        American Express National Bank,    c/o Becket and Lee LLP,    PO Box 3001,
                 Malvern PA 19355-0701
95608627       +Amex,   Correspondence/Bankruptcy,    PO Box 981540,    El Paso, TX 79998-1540
95608629       +Citibank,   Citicorp Credit Srvs/Centralized Bk dept,    PO Box 790034,
                 St Louis, MO 63179-0034
95737666        Citibank, N.A.,    5800 S Corporate Pl,    Sioux Falls, SD 57108-5027
95608630       +Deptartment Store National Bank/Macy's,    Attn: Bankruptcy,   9111 Duke Boulevard,
                 Mason, OH 45040-8999
95608631       +Genesis FS Card/Kay Jewelers,    Attn: Bankruptcy,    PO Box 4477,   Beaverton, OR 97076-4401
95608635       +Orthopedic Center of S FL, PA,    600 S Pine Island Rd # 300,    Plantation, FL 33324-3179
95608636       +Quicksilver Capital, LLC,    181 South Franklin Avenue,    Valley Stream, NY 11581-1101
95608637       +Servicemaster/terminix,    Attn: Bankruptcy,   150 Peabody Place,    Memphis, TN 38103-3720
95608639       +Suntrust Bank,    Attn: Bankruptcy,   PO Box 85092 MC VA-WMRK-7952,    Richmond, VA 23285-5092
95608640       +Sysco South Florida, Inc.,    c/o HIDAY & RICKE, PA,    Melissa Comras, Esq.,   PO Box 550858,
                 Jacksonville, FL 32255-0858
95694771       +Truist Bank,   P.O. Box 27767,    RVW 3034,   Richmond, VA 23261-7767
95608641       +USDOE/GLELSI,   Attn: Bankruptcy,    PO Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg            +E-mail/Text: swulfekuhle@broward.org Jun 23 2020 02:27:00      Broward County Tax Collector,
                 115 S Andrews Ave,   Ft Lauderdale, FL 33301-1818
smg             E-mail/Text: OGCBankruptcy@floridarevenue.com Jun 23 2020 02:26:47
                 Florida Department of Revenue,    POB 6668,   Bankruptcy Division,
                 Tallahassee, FL 32314-6668
95688822        E-mail/Text: ally@ebn.phinsolutions.com Jun 23 2020 02:27:12      Ally Bank,   PO Box 130424,
                 Roseville, MN 55113-0004
95608626       +E-mail/Text: ally@ebn.phinsolutions.com Jun 23 2020 02:27:12      Ally Financial,
                 Attn: Bankruptcy,    PO Box 380901,   Bloomington, MN 55438-0901
95737806        E-mail/PDF: resurgentbknotifications@resurgent.com Jun 23 2020 02:34:26
                 CVI SGP-CO Acquisition Trust,    c/o Resurgent Capital Services,    PO Box 10587,
                 Greenville, SC 29603-0587
95608628       +E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 23 2020 02:33:33      Capital One,
                 Attn: Bankruptcy,    PO Box 30285,   Salt Lake City, UT 84130-0285
95651684        E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Jun 23 2020 02:34:18
                 Capital One Bank (USA), N.A.,   by American InfoSource as agent,    PO Box 71083,
                 Charlotte, NC 28272-1083
95738249        E-mail/Text: bnc-quantum@quantum3group.com Jun 23 2020 02:27:59
                 Department Stores National Bank,   c/o Quantum3 Group LLC,   PO Box 657,
                 Kirkland, WA 98083-0657
95608633       +E-mail/Text: sbse.cio.bnc.mail@irs.gov Jun 23 2020 02:27:34
                 IRS - Compliance Svs. Insolvency,   STOP 5790,   7850 SW 6 Ct,    Plantation, FL 33324-3202
95608634       +E-mail/Text: kabbagebankruptcy@brantonlawfirm.com Jun 23 2020 02:28:49      Kabbage,
                 925B Peachtreet Steet NE,   Ste. 1688,   Atlanta, GA 30309-3918
95665345        E-mail/Text: bnc-quantum@quantum3group.com Jun 23 2020 02:27:59
                 Quantum3 Group LLC as agent for,   CF Medical LLC,   PO Box 788,    Kirkland, WA 98083-0788
95692970        E-mail/Text: appebnmailbox@sprint.com Jun 23 2020 02:28:05      Sprint Corp,   PO BOX 7949,
                 OVERLAND PARK, KS 66207-0949
95608638       +E-mail/Text: clientservices@sourcerm.com Jun 23 2020 02:28:42      Source Receivables Mgmt, Llc,
                 Attn: Bankruptcy Dept,    4615 Dundas Dr., Suite 102,   Greensboro, NC 27407-1761
                                                                                              TOTAL: 13

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
95608632*       Internal Revenue Service,   POB 7346,   Philadelphia, PA 19101-7346
                                                                                   TOTALS: 0, * 1, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 24, 2020                                    Signature:  /s/Joseph Speetjens

```
District/off: 113C-0          User: ramosm            Page 2 of 2             Date Rcvd: Jun 22, 2020
                              Form ID: CGFD26         Total Noticed: 27
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 22, 2020 at the address(es) listed below:
              Elizabeth W Eckhart    on behalf of Creditor    Truist Bank, successor by merger to SunTrust Bank
               eeckhart@logs.com,  electronicbankruptcynotices@logs.com
              John D. Segaul    on behalf of Debtor Marc-Aurel  Genece john@segaul.com,
               court@segaulstoll.com;melissa@segaul.com;barbara@segaul.com;segaullawfirmpa@jubileebk.net
              Office of the US Trustee    USTPRegion21.MM.ECF@usdoj.gov
              Robin R Weiner     ecf@ch13weiner.com,  ecf2@ch13weiner.com
                                                                                         TOTAL: 4
```

**CGFD26** (4/23/19)



ORDERED in the Southern District of Florida on June 22, 2020

**Paul G. Hyman, Jr.**
United States Bankruptcy Judge

# United States Bankruptcy Court
## Southern District of Florida
www.flsb.uscourts.gov

**Case Number: 20−13104−PGH**

**Chapter: 13**

**In re:** *(Debtor(s) name(s) used by the debtor(s) in the last 8 years, including married, maiden, and trade)*

Marc−Aurel Genece
5170 SW 19 St
Plantation, FL 33317

SSN: xxx−xx−2300

## ORDER CONFIRMING CHAPTER 13 PLAN

      This cause came before the court on 6/1/2020 for confirmation of the debtor's proposed First Amended chapter 13 plan pursuant to Local Rule 3015−3(B)(2). Based on the record, including the debtor's "Certificate of Compliance and Request for Confirmation on Chapter 13 Plan", it is

**ORDERED** as follows:

1. The debtor's chapter 13 plan (the "Plan") meets with the provisions of 11 U.S.C. § 1325 and, if applicable, § 521 and 1308, and is, therefore, confirmed in accordance with its terms.

2. Any claim entitled to priority under 11 U.S.C. § 507 shall be paid in full, in periodic installments, in the order of priority prescribed by the Bankruptcy Code over the period of the Plan as required by 11 U.S.C. § 1322(a)(2), with postpetition interest as required by 11 U.S.C. § 506(b) payable on the secured portion of the claim.

---

[1] All references to "Debtor" shall include and refer to both Debtors in a case filed jointly by two individuals.

*Page 1 of 3*

3. The debtor's first monthly payment to the Trustee under the Plan was required to commence not later than 30 days following March 5, 2020, the date the petition was filed, or within 30 days from the date of conversion to chapter 13. The Trustee shall begin disbursement to creditors pursuant to the Plan as soon as practicable upon entry of this order.

4. If the Plan does not provide for payments to a secured creditor, the Plan provides for surrender of the property secured by the secured creditor's claim or the Plan provides for direct payment of the secured creditor's claim outside of the Plan, such creditor is granted in rem stay relief to pursue available state court remedies against any property of the debtor which secures the creditor's claim. The filing of a Motion to Modify a Plan does not operate as a stay of any action against property of the debtor which is not subject to the automatic stay absent further order of the court.

5. Any executory contract or unexpired lease of the debtor which has not been assumed pursuant to court order prior to entry of this order, or which is not assumed in the Plan confirmed by this order, is deemed rejected upon entry of this order.

6. If the confirmed plan in this case provides for payment to holder(s) of tax certificates on property of the debtor, the following provisions shall apply:

    A. To ensure that the records of the County Tax Collector credit amounts received by certificate holders, upon receipt of information pursuant to subparagraph B below, the Tax Collector is ordered to adjust the County tax records and reduce both the amount owed on tax certificates and the amount of the tax lien to reflect payments made by the Chapter 13 Trustee to certificate holders under the confirmed plan.

    B. The Tax Collector shall be served with any order entered post–confirmation which (a) dismisses or converts this case; (b) grants stay relief to the holder of a secured claim on the property subject to the tax certificates; (c) approves a sale or refinancing of the property subject to the tax certificates; (d) modifies the plan to eliminate further payments to one or more certificate holders; or (e) discharges the debtor upon completion of the plan. Upon receipt of any such order, the Tax Collector shall request a ledger from the Chapter 13 Trustee reflecting the amounts paid to certificate holders under the confirmed plan, or obtain the ledger information by accessing the Chapter 13 Trustee's website.

    C. During the period in which the certificate holders are receiving payments under the confirmed plan, unless otherwise ordered, the Tax Collector is enjoined from accepting a redemption payment for any certificate which is included in the plan. This injunction will dissolve without further order of the Court if (a) one of the orders described in subparagraph B is entered; and (b) the County has complied with the requirements in subparagraph A by reducing both the amount owed on any certificate paid or partially paid under the plan and the amount of the tax lien by the amount paid to the certificate holder as reflected in the Chapter 13 Trustee's ledger.

7. Pursuant to Local Rule 3070–1(C)(2), if the debtor fails to timely make any Plan payment to the Trustee, the Trustee may serve a "Notice of Delinquency" upon the debtor and the debtor's attorney. The debtor shall have 45 days from the date of the "Notice of Delinquency" to make all payments due under the Plan, including any payments that become due within the 45–day period. If the debtor is seeking to cure the delinquency in a modified plan the debtor must file a motion to modify the confirmed plan within 14 days of the date of the "Notice of Delinquency". If the debtor is not current with plan payments on the 45th day after the date of the "Notice of Delinquency", the Trustee shall file and serve a report of non–compliance and the case will be dismissed without further notice or hearing. The court will not extend these deadlines absent extraordinary circumstances.

8.  To the extent the Plan sought a determination of valuation pursuant to Bankruptcy Rule 3012, and no objections were filed or any objections were resolved, the terms of the Plan will be binding upon the affected secured creditors, and any allowed proof of claim will be secured only to the extent of the value as provided for in the Plan and unsecured as to the balance of the claim.

9.  Nonstandard provisions must be set forth in Paragraph VIII of the Plan being confirmed. Nonstandard provisions set forth elsewhere in the Plan are void.

The clerk shall serve a copy of this order on all parties of record.

# # #

*Page 3 of 3*