UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

IN RE:                                                            Case No. 20-13104-PDR
Marc-Aurel Genece                                                 Chapter 13

Debtor.
_____

## NOTICE OF CHANGE OF ADDRESS OF ATTORNEY FOR CREDITOR

All parties herein of this case are notified of the following change of address of the

Attorney for Truist Bank, successor by merger to SunTrust Bank (Creditor):

| LOGS Legal Group, LLP | | LOGS Legal Group, LLP |
| 2424 N. Federal Hwy | | 750 Park of Commerce Blvd. |
| Suite 360 | To | Suite 130 |
| Boca Raton, FL 33431 | | Boca Raton, FL 33487 |

The Attorney for Creditor requests that all future notices and pleadings are to be

served at this new address, dated this 6th_ day of November 2023.

## CERTIFICATE OF SERVICE

The undersigned certifies that on 8th day of November, 2023, a copy of the foregoing

was caused to be served via CM/ECF electronic filing or via First Class U.S. Mail upon the

following:

**Via CM/ECF Electronic Notice**

John D. Segaul
300 S. Pine Island Rd #304
Plantation, FL 33324
john@segaul.com

Robin R Weiner
POB 559007
Fort Lauderdale, FL 33355
www.ch13weiner.com

United States Trustee
51 SW First Avenue
Suite 1204
Miami, FL 33130

**Via First Class U.S. Mail, Postage Prepaid**

Debtor
Marc-Aurel Genece
5170 SW 19 St
Plantation, FL 33317

I hereby certify that I am admitted to the Bar of the United States District Court of the Southern District of Florida and I am in compliance with the additional qualifications to practice in the Court as set forth in Local Rule 2090-1(A).

    /s/Elizabeth Eckhart_____
Steven G. Powrozek, FL Bar 0316120
Elizabeth Eckhart, FL Bar 48958
Leslie Rushing, FL Bar 0098106
LOGS Legal Group LLP
Attorney for Secured Creditor
750 Park of Commerce Blvd.
Suite 130
Boca Raton, FL 33487
Telephone: (813) 319-5278
Fax: (813) 880-8800
E-mail: logsecf@logs.com