UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 20-13104-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

MARC-AUREL GENECE
XXX-XX-2300

DEBTOR_____/

### REPORT OF COMPLIANCE

**COMES NOW** the Trustee, Robin R. Weiner, Esquire, and reports to the Court as follows:

1. Pursuant to Administrative Order 98-6, a Notice of Delinquency was served on January 19, 2024, as a result of the Debtor's failure to remain current under the confirmed plan.

2. The Debtor is substantially current under the last filed Notice of Delinquency.

3. Accordingly, the Trustee reports that this case should proceed in the normal course.

**WHEREFORE**, the Trustee reports these facts to the court for appropriate action.
**RESPECTFULLY SUBMITTED** this 8th day of March, 2024.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Report Of Compliance was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 8th day of March, 2024.

/s/ Robin R. Weiner
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

REPORT OF COMPLIANCE
CASE NO.:  20-13104-BKC-PDR

**SERVICE LIST**

**COPIES FURNISHED TO:**

**DEBTOR**
MARC-AUREL GENECE
5170 SW 19 ST
PLANTATION, FL  33317

**ATTORNEY FOR DEBTOR**
JOHN D. SEGAUL, ESQUIRE
300 S PINE ISLAND ROAD
SUITE 304
PLANTATION, FL  33324