UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO.: 20-13104-BKC-PDR
PROCEEDING UNDER CHAPTER 13

IN RE:

MARC-AUREL GENECE
XXX-XX-2300

DEBTOR_____/

### NOTICE OF DELINQUENCY

**PLEASE TAKE NOTICE** the above-referenced Debtor is **delinquent in Confirmed Chapter 13 Plan Payments in the amount of $1724.60.**

The Debtor shall have forty-five (45) days from the date of this Notice to make all payments due under the Confirmed Plan/Modified Plan.

If the Chapter 13 Trustee ("Trustee") does not receive all payments by **June 16, 2024** to bring the Debtor totally current under the Confirmed Plan/Modified Plan, or if applicable, a Motion to Modify has not been timely filed and set within fifteen (15) days of this Notice pursuant to the Confirmation Order, the Trustee may file and serve a Report of Non-Compliance.

As a result of the Debtor failure to become current or timely file a Motion to Modify, the case shall be dismissed without further notice or hearing.

**I HEREBY CERTIFY** that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this Court as set forth in Local Rule 2090-1(A) and that a true and correct copy of this Notice of Delinquency was served, via U.S. first class mail, certified mail and/or CM/ECF, upon the parties listed on the attached service list this 2nd day of May 2024.

*/s/ Robin R. Weiner*_____
ROBIN R. WEINER, ESQUIRE
STANDING CHAPTER 13 TRUSTEE
P.O. BOX 559007
FORT LAUDERDALE, FL 33355-9007
TELEPHONE: 954-382-2001
FLORIDA BAR NO.: 861154

NOTICE OF DELINQUENCY
CASE NO.:  20-13104-BKC-PDR

## SERVICE LIST

**COPIES FURNISHED TO:**

**DEBTOR**
MARC-AUREL GENECE
5170 SW 19 ST
PLANTATION, FL  33317

**ATTORNEY FOR DEBTOR**
JOHN D. SEGAUL, ESQUIRE
300 S PINE ISLAND ROAD
SUITE 304
PLANTATION, FL  33324