**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**FORT LAUDERDALE DIVISION**
www.flsb.uscourts.gov

IN RE:  CASE NO.: 20-13104-PDR

Marc-Aurel Genece  CHAPTER: 13
xxx-xx-2300

    Debtor.
_____/

## DEBTOR'S MOTION TO MODIFY CHAPTER 13 PLAN

COMES NOW Debtor, Marc-Aurel Genece, by and through undersigned counsel, and move for the entry of an Order to Modify Chapter 13 Plan, and for cause state:

1. The Debtor filed a proceeding under Chapter 13 of the Bankruptcy Code on March 5, 2020.

2. The Order Confirming First Amended Chapter 13 Plan was entered on June 22, 2020.

3. Pursuant to the Confirmed Plan, Debtor's plan payment was scheduled to increase in month 48 of the plan.

4. Debtor's income has not kept up with inflation. His mortgage and insurance rates have increased.

5. Debtor will file an Amended Schedule I/J to reflect the increases.

6. The Debtor wishes to modify the plan.

7. No creditors are expected to be prejudiced by the modification of the Plan as they are expected to be paid their pro rata share through the plan.

8. A copy of the Motion and the proposed Modified Plan has been served on all creditors and parties in interest.

9. Cause therefore exists to allow the Debtor to Modify the plan.

WHEREFORE, Debtor, Marc-Aurel Genece, respectfully requests the entry of an Order Granting this Motion to Modify Chapter 13 Plan, and for whatever further relief this Honorable Court deems just and proper.

I hereby certify that I am admitted to the Bar of the United States District Court for the Southern District of Florida and I am in compliance with the additional qualifications to practice in this court set forth in Local Rule 2090-1(A).

Respectfully submitted on May 16, 2024.

        SEGAUL LAW FIRM, PA
        300 S. Pine Island Road, Suite 304
        Plantation, FL 33324
        *T*: 954.424.3600 *F*: 954.423.3561
        *E*: john@segaul.com

BY: **/s/ John D. Segaul**
     John D. Segaul
     FL Bar No. 907405