UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION
www.flsb.uscourts.gov

| | |
|---|---|
| IN RE: | CASE NO.: 20-13104-PDR |
| Marc-Aurel Genece | CHAPTER: 13 |
| xxx-xx-2300 | |
| Debtor. | |
| _____/ | |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that true and correct copies of the **MOTION TO MODIFY, 1ST MODIFIED CHAPTER 13 PLAN, AND NOTICE OF HEARING** were furnished to all parties on the attached matrix and to the parties listed below by the method indicated on May 16, 2024.

SEGAUL LAW FIRM, PA
300 S. Pine Island Road, Suite 304
Plantation, FL 33324
*T*: 954.424.3600 *F*: 954.423.3561
*E*: john@segaul.com

BY: **/s/ John D. Segaul**
John D. Segaul
FL Bar No. 907405

**Via CM/ECF:**

Elizabeth W Eckhart on behalf of Creditor Truist Bank, successor by merger to SunTrust Bank
eeckhart@logs.com, LOGSECF@logs.com

Office of the US Trustee
USTPRegion21.MM.ECF@usdoj.gov

Robin R Weiner
ecf@ch13weiner.com, ecf2@ch13weiner.com

**Via U.S. Mail:**

LVNV Funding LLC
PO Box 10587
Greenville, SC 29603

*All parties on the attached matrix.*

| | | |
|---|---|---|
| Label Matrix for local noticing<br>113C-0<br>Case 20-13104-PDR<br>Southern District of Florida<br>Fort Lauderdale<br>Thu May 16 15:45:39 EDT 2024 | LVNV Funding LLC<br>PO Box 10587<br>Greenville, SC 29603-0587 | Ally Bank<br>PO Box 130424<br>Roseville, MN 55113-0004 |
| Ally Financial<br>Attn: Bankruptcy<br>PO Box 380901<br>Bloomington, MN 55438-0901 | American Express National Bank<br>c/o Becket and Lee LLP<br>PO Box 3001<br>Malvern  PA 19355-0701 | Amex<br>Correspondence/Bankruptcy<br>PO Box 981540<br>El Paso, TX 79998-1540 |
| CVI SGP-CO Acquisition Trust<br>c/o Resurgent Capital Services<br>PO Box 10587<br>Greenville, SC 29603-0587 | Capital One<br>Attn: Bankruptcy<br>PO Box 30285<br>Salt Lake City, UT 84130-0285 | Capital One Bank (USA), N.A.<br>by American InfoSource as agent<br>PO Box 71083<br>Charlotte, NC  28272-1083 |
| Citibank<br>Citicorp Credit Srvs/Centralized Bk dept<br>PO Box 790034<br>St Louis, MO 63179-0034 | Citibank, N.A.<br>5800 S Corporate Pl<br>Sioux Falls, SD  57108-5027 | Department Stores National Bank<br>c/o Quantum3 Group LLC<br>PO Box 657<br>Kirkland, WA  98083-0657 |
| (p)DSNB MACY S<br>CITIBANK<br>1000 TECHNOLOGY DRIVE MS 777<br>O FALLON MO 63368-2239 | Genesis FS Card/Kay Jewelers<br>Attn: Bankruptcy<br>PO Box 4477<br>Beaverton, OR 97076-4401 | IRS - Compliance Svs. Insolvency<br>STOP 5790<br>7850 SW 6 Ct<br>Plantation, FL 33324-3202 |
| Internal Revenue Service<br>POB 7346<br>Philadelphia, PA 19101-7346 | (p)KSERVICING WIND DOWN CORP<br>ATTN NICOLE MANOS<br>3370 N HAYDEN ROAD #123<br>PMB 681<br>SCOTTSDALE AZ 85251-6632 | Office of the US Trustee<br>51 S.W. 1st Ave.<br>Suite 1204<br>Miami, FL 33130-1614 |
| Orthopedic Center of S FL, PA<br>600 S Pine Island Rd # 300<br>Plantation, FL 33324-3179 | Quantum3 Group LLC as agent for<br>CF Medical LLC<br>PO Box 788<br>Kirkland, WA  98083-0788 | Quicksilver Capital, LLC<br>181 South Franklin Avenue<br>Valley Stream, NY 11581-1138 |
| Quicksilver Capital, LLC<br>Berkovitch & Bouskila, PLLC<br>80 Broad St., Suite 3303<br>New York NY 10004-2845 | Servicemaster/terminix<br>Attn: Bankruptcy<br>150 Peabody Place<br>Memphis, TN 38103-3700 | Source Receivables Mgmt, Llc<br>Attn: Bankruptcy Dept<br>4615 Dundas Dr., Suite 102<br>Greensboro, NC 27407-1761 |
| (p)SPRINT<br>C O AMERICAN INFOSOURCE<br>4515 N SANTA FE AVE<br>OKLAHOMA CITY OK 73118-7901 | Suntrust Bank<br>Attn: Bankruptcy<br>PO Box 85092 MC VA-WMRK-7952<br>Richmond, VA 23285-5092 | Sysco South Florida, Inc.<br>c/o HIDAY & RICKE, PA<br>Melissa Comras, Esq.<br>PO Box 550858<br>Jacksonville, FL 32255-0858 |
| Truist Bank<br>P.O. Box 27767<br>RVW 3034<br>Richmond, VA 23261-7767 | USDOE/GLELSI<br>Attn: Bankruptcy<br>PO Box 7860<br>Madison, WI 53707-7860 | John D. Segaul<br>300 S. Pine Island Rd #304<br>Plantation, FL 33324-2621 |

```
Marc-Aurel Genece                          Robin R Weiner
5170 SW 19 St                              Robin R. Weiner, Chapter 13 Trustee
Plantation, FL 33317-6007                  Post Office Box 559007
                                           Fort Lauderdale, FL 33355-9007
```

The preferred mailing address (p) above has been substituted for the following entity/entities as so specified by said entity/entities in a Notice of Address filed pursuant to 11 U.S.C. 342(f) and Fed.R.Bank.P. 2002 (g)(4).

```
Deptartment Store National Bank/Macy's     Kabbage                        Sprint Corp
Attn: Bankruptcy                           925B Peachtreet Steet NE       PO BOX 7949
9111 Duke Boulevard                        Ste. 1688                      OVERLAND PARK, KS 66207-0949
Mason, OH 45040                            Atlanta, GA 30309
```

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

```
(u)Truist Bank, successor by merger to SunTru    (d)LVNV Funding LLC            End of Label Matrix
                                                 PO Box 10587                   Mailable recipients    31
                                                 Greenville, SC 29603-0587      Bypassed recipients     2
                                                                                Total                  33
```